B 2100A (Form 2100A) (12/15)

# United States Bankruptcy Court
### District Of Maryland

In re: Yvonne Martin,
      Debtors(s)

Case No. 15-18879-NVA

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| MTGLQ Investors, LP<br>c/o Rushmore Loan Management Services, LLC<br><br>Name of Transferee | Wells Fargo Bank, N.A<br><br>Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>Rushmore Loan Management Services, LLC<br>P. O. Box 55004,<br>Irvine, CA  92619-2708 | Court Claim # (if known): 4<br><br>Amount of Claim: $153,400.22<br><br>Date Claim Filed: 11/5/2015 |
| Phone: 888-504-6700 | Phone: |
| Last Four Digits of Acct #: 1183 | Last Four Digits of Acct. #: 9397 |
| Name and Address where transferee payments should be sent (if different from above):<br><br>Rushmore Loan Management Services, LLC<br>P. O. Box 52708,<br>Irvine, CA    92619-2708 | |
| Phone: 888-504-6700 | |
| Last Four Digits of Acct #: 1183 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:/s/  Paul Moran
    Transferee/Transferee's Agent

Date: December 21, 2016

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| Certificate of Service |
|---|
| I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date.<br><br>Date: <u>December 21, 2016</u> |

Yvonne Martin
2361 Nutmeg Terrace
Baltimore, MD 21209
Debtor(s)

Jeffrey M. Sirody
1777 Reisterstown Road
Baltimore, MD 21208
smeyers5@hotmail.com
Attorney for Debtor

Robert S. Thomas, II
300 E Joppa Road, Suite 409
Towson, MD 21286
ECF@ch13balt.com
Trustee

<u>By:/s/  Paul Moran</u>
Paul Moran
Stern & Eisenberg Mid Atlantic, P.C.
9411 Philadelphia Road
Suite M
Baltimore, MD 21237
Ph: 410-635-5127
pmoran@sterneisenberg.com
Attorney for Secured Creditor

MD-99000422-16